# Exhibit A
# Certified Copy of Police Report

# Douglasville Police Department

Incident Case Number:   17-009949

Reporting Agency:   Douglasville Police

Print Date/Time:   10/21/2019 16:07:11

**Disclaimer: The information contained within this report is reflective of the investigation at the date and time of its printing.**



# INCIDENT/INVESTIGATION REPORT

| Agency Name | Case# |
|---|---|
| Douglasville Police Department | 17-009949 |

| ORI | Date / Time Reported |
|---|---|
| GA 0480100 | 08/16/2017  09:41  Wed |

Last Known Secure: 08/16/2017  09:41  Wed
At Found: 08/16/2017  09:41  Wed

**Location of Incident:** 9365 The Landing Dr - A, Douglasville GA 30135-
**Premise Type:** Department / Discount
**Zone/Ward:** 3, 1

## INCIDENT DATA

**#1 Crime Incident(s) (Com):** Matter Of Record — MOR
Weapon / Tools: | Entry: | Exit: | Security: | Activity:

**#2 Crime Incident ( ):**
Weapon / Tools: | Entry: | Exit: | Security: | Activity:

**#3 Crime Incident ( ):**
Weapon / Tools: | Entry: | Exit: | Security: | Activity:

## MO

## VICTIM

**# of Victims:** 0   **Type:**   **Injury:**   **Domestic:** N

| V1 | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

Home Address: | Home Phone:
Employer Name/Address: | Business Phone: | Mobile Phone:
VYR | Make | Model | Style | Color | Lic/Lis | VIN

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

## OTHERS INVOLVED

**Type:** INDIVIDUAL (NON LE)   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | JACKSON, JOANNA MARIE |  | /1985  Age 32 | W | F |  |  |  |

**Home Address:** 218 Church St Ne  Rome, GA 30161
**Home Phone:** 706-331-4764
**Employer Name/Address:** OLLIES
Business Phone: | Mobile Phone:

**Type:** INDIVIDUAL (NON LE)   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | GEORGE, RAVEN |  | /1977  Age 39 | B | F |  |  |  |

**Home Address:** 4065 Parks Ln  Douglasville, GA 30135
**Home Phone:** 954-549-3285
Employer Name/Address: | Business Phone: | Mobile Phone:

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

**CERTIFIED COPY**

**Officer/ID#:** RIGGS, K. (4632)
**Invest ID#:** (0)
**Supervisor:** MORRIS, S. R. (375)

## Status

Complainant Signature: | Case Status: Other  08/16/2017 | Case Disposition: | Page 2

## INCIDENT/INVESTIGATION REPORT

*Douglasville Police Department*

Case # *17-009949*

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |

Assisting Officers
*BARLOW, B. (4454)*

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 17-009949    *Douglasville Police Department*

NARRATIVE

On 8/16/2017 at 09:41, I responded to a Shoplifting at Ollie`s.

Deputy Shippey, who was working an off duty job at Ollie`s, called in a shoplifting to 911. When I arrived I met with Loss Prevention, Nolan, but he was unaware of a shoplifting at the store and stated that he did not call 911. I was told to talk to Shippey and he stated that an employee told him that a black male and female was putting merchandise into their bags without paying for them. I asked the couple to come with me to a nearby office so that I could talk to him. Once the couple was inside of the office, I asked another member of Loss Prevention what the couple had stolen adn he was also unaware of the shoplifting as well. I went back to Shippey and asked him which employee told him about the shoplifting and he described a woman by the name of Joanna Jackson. Jackson stated that Raven George came and alerted her of a couple whom were acting suspicious. I spoke with George and she stated she never saw the couple put anything in their bags and stated that she never told anyone she saw that.

Loss Prevention stated that Deputy Shippey never reported the shoplifting to them. Ollie`s decided not to move forward with the investigation due to incorrect 3rd party information.

