## SPEARS & FILIPOVITS, LLC

BRAIN SPEARS
BSPEARS@CIVIL-RIGHTS.LAW

1126 PONCE DE LEON AVE. | ATLANTA, GA 30306 | 404.905.2225

JEFF FILIPOVITS
JEFF@CIVIL-RIGHTS.LAW

September 23, 2021

VIA CERTIFIED MAIL AND EMAIL

Allycia Poblete, Alyx Poblete
326 Lara Lane
McDonough, GA 30253

Dear Ms. Poblete and Mr. Poblete:

This letter serves as notice to you of our intention to withdraw from representing you in your pending case against Ollie's Bargain Outlet and Douglas County Sheriff's Deputy Riggs. In accordance with the Local Rules of the United States District Court for the Northern District of Georgia, we inform you of the following:

(A) That Mr. Filipovits and Ms. Hickey wish to withdraw as attorneys of record;

(B) The style of your case is *Allycia Poblete and Alyx Poblete v. Ollie's Bargain Outlet, Inc. and Deputy Austin Shippey*, case no. 1:19-cv-3815-SCJ. The names, addresses, and telephone numbers of opposing counsel are:

*Defendant Shippey:*
Sun S. Choy
Freeman Mathis & Gary, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
770-818-1293

*Defendant Ollie's Bargain Outlet, Inc.:*
Sanjay Ghosh
201 17th Street NW
#1700
Atlanta, GA 30363
sanjay.ghosh@nelsonmullins.com
404-322-6282

The name, address, and telephone number of the Clerk of Court is:

James N. Hatten
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309
(404) 215-1600

(C) That the Court retains jurisdiction of the lawsuit after our withdrawal;

(D) That you have the burden of keeping the court informed respecting where notices, pleadings or other papers may be served;

(E) That you have the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set; and that you have the obligation to file any appeal or hire other counsel to file any appeal;

(F) That if you fail or refuse to meet these burdens, then you may suffer adverse consequences;

(G) That there are no proceedings currently scheduled, but there is a pending Motion for Reconsideration filed on your behalf. The Defendant's response to that motion is due no later than September 30, 2021.

You will have an opportunity to file a reply in support of the Motion for Reconsideration within fourteen (14) days of the date of the Defendant's response. Any notice of appeal must be filed within thirty (30) days of the Court ruling on the pending Motion for Reconsideration. These deadlines will not be affected by our withdrawal;

(H) That service of notices may be made upon the you at your last known address; and,

(I) Unless the withdrawal is with your consent, you have a right to object to our withdrawal within fourteen (14) days of the date of the notice.

After the fourteen days have passed from the date of your receipt of this notice, we will file a motion seeking the court's permission to withdraw.

Sincerely,

Jeff Filipovits

Cc: Jennifer Hickey (via email)